UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOLEATHA MURDOCK,<br><br>    Plaintiff,<br><br>v.<br><br>SAGE HEALTH SERVICES LLC, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01373-JAD-NJK<br><br>**Order**<br><br>[Docket No. 8] |

Pending before the Court is the parties' joint proposed discovery plan and scheduling order. Docket No. 8.

Local Rule 26-1(a) states:
> Plans requesting special scheduling review must include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(b), a statement of the reasons why longer or different time periods should apply to the case or, in cases in which the parties disagree on the form or contents of the discovery plan, a statement of each party's position on each point in dispute.

The parties' proposed discovery plan and scheduling order fails to provide a sufficient statement of reasons why longer time periods from those provided in LR 26-1(b) should apply to this case. Docket No. 8. The parties' submission requests a 273-day discovery period due to the expected number of depositions and mutual concerns about timely submitting expert witness disclosures. *See id.* at 2. This is insufficient, without more, to justify a discovery period almost three months longer than the presumptively reasonable length. S*ee* LR 26-1(b)(1).

Accordingly, the joint discovery plan is **GRANTED** in part and **DENIED** in part as follows:

- Initial disclosures:  October 14, 2025
- Amend pleadings/ add parties:  December 29, 2025
- Initial experts:  January 26, 2026

1

- Rebuttal experts: February 23, 2026
- Discovery cutoff: March 25, 2026
- Dispositive motions: April 24, 2026
- Joint proposed pretrial order: May 26, 2026, or 30 days after resolution of dispositive motions

The parties must diligently conduct discovery throughout this time period.

IT IS SO ORDERED.

Dated: October 7, 2025

_____
Nancy J. Koppe
United States Magistrate Judge