G. MARK ALBRIGHT, ESQ. (#1394)
WILLIAM H. STODDARD, JR., ESQ. (#8679)
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
gma@albrightstoddard.com
bstoddard@albrightstoddard.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOLEATHA MURDOCK, individually,<br><br>Plaintiff<br><br>SAGE HEALTH SERVICES, LLC, a domestic limited-liability company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01373-JAD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE THE EARLY NEUTRAL EVALUATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff JOLEATHA MURDOCK, an individual ("Murdock") (hereinafter referred to as "Plaintiff"), and Defendant SAGE HEALTH SERVICES, LLC, a domestic limited-liability company ("Sage"); (hereinafter collectively referred to as "Defendant") (collectively the "Parties"), that the Court continue the Early Neutral Evaluation ("ENE") before the Honorable Magistrate Judge Daniel J. Albregts, as follows:

1. On October 20, 2025, this matter was referred to Judge Albregts to conduct an ENE pursuant to LR 16-6. The ENE is presently scheduled for Monday, December 29, 2025, at 10:00 a.m.

2. The parties have conferred regarding Defendant's unavailability on December 29, 2025 and agree to continue the ENE to one of the following mutually available dates: January 14, 15, 20, 21, or 22, 2026.

This request is made in good faith and not for the purpose of delay. The parties agree that the brief continuance will allow for meaningful participation and preparation by all involved.

**AGREED AND STIPULATED** on this 5th day of November 2025.

| | |
|---|---|
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | **MAIER GUTIERREZ & ASSOCIATES** |
| */s/ William H. Stoddard, Jr.* | */s/ Danielle J. Barraza* |
| G. MARK ALBRIGHT, ESQ. (1394) | JASON R. MAIER, ESQ. (8557) |
| WILLIAM H. STODDARD, JR., ESQ. (8679) | DANIELLE J. BARRAZA, ESQ. (13822) |
| 801 South Rancho Drive, Suite D-4 | 8816 Spanish Ridge Avenue |
| Las Vegas, Nevada 89106 | Las Vegas, Nevada 89148 |
| T: (702) 384-7111 / F: (702) 384-0605 | Telephone: 702.629.7900 |
| gma@albrightstoddard.com | Facsimile: 702.629.7925 |
| bstoddard@albrightstoddard.com | djb@mgalaw.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

*Joleatha Murdock v. Sage Health Services, LLC*
*2:25-cv-01373-JAD-NJK*
*Stipulation And Order Continuing the Early Neutral Evaluation*

## ORDER

The Court, having reviewed and considered the Stipulation of the Parties, and good cause appearing therefore, the stipulation is **GRANTED.**

**IT IS HEREBY ORDERED** that the Early Neutral Evaluation be continued from December 29, 2025, at 10:00 a.m. to January 20, 2026 at 10:00 a.m.

**IT IS FURTHER ORDERED** that the written evaluation statements are due by 4:00 p.m. on January 13, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 11/13/2025

SUBMITTED BY:

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

*/s/ William H. Stoddard, Jr.*
G. MARK ALBRIGHT, ESQ. (1394)
WILLIAM H. STODDARD, JR., ESQ. (8679)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
gma@albrightstoddard.com
bstoddard@albrightstoddard.com
*Attorneys for Defendants*

## Lainey Hare

**From:** Lainey Hare
**Sent:** Wednesday, November 5, 2025 10:35 AM
**To:** 'Danielle Barraza'; Natalie Vazquez
**Cc:** Mark Albright; Bud Stoddard
**Subject:** RE: Alternative Dates for Early Neutral Evaluation -- Sage adv. Murdock

I will incorporate the redlined changes, thank you!

Thank you!

*Sincerely,*

*Lainey Hare, Paralegal*



**Albright Stoddard Warnick & Albright**

801 South Rancho Drive, Suite D-4
Las Vegas, Nevada  89106
T:  (702) 384-7111
F: (702) 384-0605
lhare@albrightstoddard.com
*www.albrightstoddard.com*

This e-mail message, including any attachments, may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Danielle Barraza <djb@mgalaw.com>
**Sent:** Tuesday, November 4, 2025 5:41 PM
**To:** Lainey Hare <lhare@albrightstoddard.com>; Natalie Vazquez <ndv@mgalaw.com>
**Cc:** Mark Albright <gma@albrightstoddard.com>; Bud Stoddard <bstoddard@albrightstoddard.com>
**Subject:** RE: Alternative Dates for Early Neutral Evaluation -- Sage adv. Murdock

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

My redlines are attached, you can affix my e-signature and file with these incorporated.

Thank you,

Danielle J. Barraza | Partner

1