G. MARK ALBRIGHT, ESQ.
Nevada State Bar No. 1394
WILLIAM H. STODDARD, JR., ESQ.
Nevada State Bar No. 8679
G. MARK ALBRIGHT
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
T:(702) 384-7111/F:(702) 384-0605
gma@albrightstoddard.com
bstoddard@albrightstoddard.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOLEATHA MURDOCK,<br><br>Plaintiff,<br><br>vs.<br><br>SAGE HEALTH SERVICES, LLC, A NEVADA LIMITED LIABILITY COMPANY<br><br>Defendants. | CASE NO.: 2:25-cv-01373-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 18 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff JOLEATHA MURDOCK, an individual ("Murdock") (hereinafter referred to as "Plaintiff"), by and through her undersigned counsel of record; and Defendant SAGE HEALTH SERVICES, LLC., a Nevada limited liability company ("Sage") (hereinafter referred to as "Defendant") (hereinafter collectively the "Parties"), that all of the claims of the Parties in this case, including without limitation, the Plaintiffs' claims against the Defendant, shall be and the same are hereby dismissed with prejudice,

///

///

///

with each party to bear its/his/her own attorneys' fees and costs incurred herein.

Dated this __9th__ day of April, 2026.          Dated this __9th__ day of April, 2026.

**MAIER GUTIERREZ & ASSOCIATES**          **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

*/s/ Danielle J. Barraza*          */s/ William H. Stoddard, Jr.*

JASON R. MAIER, ESQ.          G. MARK ALBRIGHT, ESQ.
Nevada State Bar No. 8557          Nevada State Bar No. 1394
DANIELLE J. BARRAZA, ESQ.          WILLIAM H. STODDARD, JR., ESQ.
Nevada State Bar No. 13822          Nevada State Bar No. 8679
8816 Spanish Ridge Avenue          801 S Rancho Drive, Suite D-4
Las Vegas, NV 89148          Las Vegas, NV 89106
T: 702-629-7900/F:702-629-7925          T: 702-384-7111/F: 702-384-0605
Email: djb@mglaw.com          Email: gma@albrightstoddard.com
*Counsel for Plaintiff*          Email: bstoddard@albrightstoddard.com
          *Counsel for Defendant*

## ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 10, 2026

-2-